%JS 45 (5/97) - (Revised USAO MA 3/25/2011)

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Dorchester

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   24-MJ-6894-MPK
Search Warrant Case Number   24-MJ-6880-6883-MPK
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name**   Yunior Rafael Pena Brito      Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

**Alias Name:** Junior

**Address:** Dorchester, Massachusetts

**Birth date (Yr only):** 2000   **SSN (last 4#):** NA   **Sex:** M   **Race:** Hispanic   **Nationality:** Dominican

**Defense Counsel if known:** Mark W. Shea   **Address:** 88 Broad Street, Suite 101
                                                         Boston, MA 02110

**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Leah B. Foley   **Bar Number if applicable:** _____

**Interpreter:** ☑ Yes  ☐ No   **List language and/or dialect:** Spanish

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** in custody

**Arrest Date:** 10/08/2024

☑ Already in Federal Custody as of   10/08/2024   in   Plymouth
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/7/2024   **Signature of AUSA:** *Leah B. Foley*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Yunior Rafael Pena Brito

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute 500 grams+ of methamphetamine and 400+ grams fentanyl | 1 |
| Set 2 | 21 U.S.C. § 853 | forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013